**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  James F Davis | : | CASE NO: 14-51593 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**NOTICE OF INTENTION**
**TO PAY CLAIMS**

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00028 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH  43215 | 7,386.76 | 1.00 % | 0.00 % | Unsecured |
| 00014 | Cap One<br>Po Box 85520<br>Richmond, VA  23285 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00020 | Capital One<br>c/o Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA  19355-0701 | 404.26 | 1.00 % | 0.00 % | Unsecured |
| 00001 | Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano, TX  75093 | Not filed | 100.00 % | 5.00 % | Secured-506 |
| 00015 | Cavalry SPV I LLC<br>Po Box 27288<br>Tempe, AZ  85282 | 2,125.02 | 1.00 % | 0.00 % | Unsecured |
| 00016 | Chase<br>PO Box 15298<br>Wilmington, DE  19850 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00017 | Chase<br>PO Box 15298<br>Wilmington, DE  19850 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00018 | Chase<br>PO Box 15298<br>Wilmington, DE  19850 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00002 | Citifinancial Bankruptcy Department<br>PO Box 140489<br>Irving, TX  75014-0489 | Not filed | 100.00 % | 0.00 % | Mortgage |
| 00003 | Citifinancial Bankruptcy Department<br>PO Box 140489<br>Irving, TX  75014-0489 | Not filed | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00004 | Green Tree Servicing LLC<br>PO Box 0049<br>Palatine, IL  60055-0049 | 861.78<br>CONTINUING | 100.00 % | 0.00 % | Mortgage |
| 00005 | Green Tree Servicing LLC<br>PO Box 0049<br>Palatine, IL  60055-0049 | 22,391.21 | 100.00 % | 0.00 % | Pre-Pet MTG Arrears |
| 00012 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 840.86 | 100.00 % | 0.00 % | Priority |
| 00030 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 65.12 | 1.00 % | 0.00 % | Unsecured |
| 00021 | Ohio Health Patient Accounts<br>5350 Frantz Road<br>Dublin, OH  43016-4259 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00022 | Ohio Health Patient Accounts<br>5350 Frantz Road<br>Dublin, OH  43016-4259 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00023 | Ohio Health Patient Accounts<br>5350 Frantz Road<br>Dublin, OH  43016-4259 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00024 | Ohio Health Patient Accounts<br>5350 Frantz Road<br>Dublin, OH  43016-4259 | Not filed | 1.00 % | 0.00 % | Unsecured |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00025 | Ohio Health Patient Accounts<br>5350 Frantz Road<br>Dublin, OH  43016-4259 | 1,908.93 | 1.00 % | 0.00 % | Unsecured |
| 00026 | Ohio Health Patient Accounts<br>5350 Frantz Road<br>Dublin, OH  43016-4259 | 542.16 | 1.00 % | 0.00 % | Unsecured |
| 00019 | PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK, VA  23541 | 1,207.17 | 1.00 % | 0.00 % | Unsecured |
| 00027 | Prompt Recovery Service<br>9347 Ravenna Road &#035;G<br>Twinsburg, OH  44087 | Not filed | 1.00 % | 0.00 % | Unsecured |
| 00006 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43266-0030 | Not filed | 100.00 % | 0.00 % | Secured |
| 00007 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43266-0030 | Not filed | 100.00 % | 0.00 % | Secured |
| 00008 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43266-0030 | Not filed | 100.00 % | 0.00 % | Secured |
| 00009 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43266-0030 | Not filed | 100.00 % | 0.00 % | Secured |
| 00010 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43266-0030 | Not filed | 100.00 % | 0.00 % | Secured |
| 00011 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43266-0030 | Not filed | 100.00 % | 0.00 % | Secured |
| 00013 | State of Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH  43266-0030 | Not filed | 100.00 % | 0.00 % | Priority |

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00029 | Triad Financial<br>5201 Rufe Snow Drive Suite 40<br>North Richland Hills, TX  76180 | Not filed | 1.00 % | 0.00 % | Unsecured |
| | TOTAL | 36,871.49 | | | |
| 00000 | David Bhaerman<br>19 West Columbus St<br>Pickerington, OH  43147-1255 | 3,500.00 | 100.00 % | 0.00 % | Attorney Fee |

Dated: September 09, 2014

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  James F Davis | : | CASE NO: 14-51593 |
| | : | CHAPTER 13 |
| | : | JUDGE: C KATHRYN PRESTON |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 09, 2014, a copy of the foregoing Notice of Intention to Pay Claims was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court:

Asst. U.S. Trustee
Frank M. Pees
David Bhaerman

and on the following by **ordinary U.S. Mail addressed to:**

James F Davis
PO Box 313
Pataskala, OH  43062

**See Creditor Matrix**
**All Creditors and Parties in Interest**

New Albany Surgery Center
5040 Forest Drive
New Albany, OH  430540000

Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH  432160000

Green Tree Servicing, LLC
PO BOX 0049
Palatine, IL  600550049

CitiFinancial Bankruptcy Department
PO Box 140489
Irving, TX  750140489

Alison Dicenzo
407 Oslow Court
Delaware, OH  430150000

Internal Revenue Service Bankruptcy
PO Box 7346
Philadelphia, PA  191017346

Portfolio Recovery
PO Box 41067
Suite 1
Norfolk, VA  235410000

Chase
PO Box 15298
Wilmington, DE  198500000

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA  235410000

James F. Davis
PO Box 313
Pataskala, OH  430620000

Cap One
PO Box 85520
Richmond, VA  232850000

Ohio Health Patient Accounts
5350 Frantz Road
Dublin, OH  430164259

Chase Bank
c/o Creditors Bankruptcy Service
PO Box 740933
Dallas, TX  753740000

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX  750930000

CR Evergreen
MS 550
PO Box 91121
Seattle, WA  981110000

Cavalry Portfolio Service
500 Summit Lake Drive Suite 400
Valhalla, NY  105950000

Prompt Recovery Service
9347 Ravenna Road &#035;G
Twinsburg, OH  440870000

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY  105950000

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern, PA  193550701

Triad Financial
5201 Rufe Snow Drive Suite 40
North Richland Hills, TX  761800000

Weltman, Weinberg & Reis Co.
Gail C. Hersh Jr., Esq.
525 Vine Street, Suite 800
Cincinnati, OH  452020000

State of Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH  432660030

OhioHealth
5350 Frantz Road
Dublin, OH  430160000

Kohls/Chase
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI  530510000

Green Tree Bankruptcy Department
PO Box 6154
Rapid City, SD  577090000